# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA D. LAPIERRE, | No. 12-CV-3099-RHW |
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL CASE |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: February 14, 2014

SEAN F. McAVOY
Clerk of Court

By: *s/Cora Vargas*
        Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**